UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In The Matter Of A Petition By

LINDA ANDREINI

Case No. 14-mc-80247-JST

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

Re: ECF No. 3

Linda Andreini filed the Petition to Perpetuate Testimony that commenced this case on September 12, 2014. ECF No. 1. The Court referred resolution of the Petition to Magistrate Judge Laporte. ECF No. 2. Before Judge Laporte resolved the petition, however, Andreini withdrew the Petition. ECF No. 3.

Accordingly, there no longer appearing to be any matter requiring resolution by the Court, Petitioner is ORDERED TO SHOW CAUSE why Case No. 14-mc-80247-JST should not be dismissed. Petitioner Andreini must file a written response to this Order within fourteen days of the date of this Order. If Andreini does not file a response, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: November 21, 2014

_____
JON S. TIGAR
United States District Judge