United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Petition by<br><br>LINDA ANDREINI | Case No. 14-mc-80247-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 5 |

Petitioner has filed a stipulation of dismissal dated November 21, 2014, stating that she voluntarily dismisses this action. ECF No. 5. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 24, 2014

_____
JON S. TIGAR
United States District Judge